UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>    Plaintiff,<br><br>  v.<br><br>MTL 1245 R Street LLC, a California Limited Liability Company;<br>Tesei Petroleum Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 1:14-CV-00560-LJO-SAB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  **August 28, 2014**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE